# EXHIBIT A



MagiK Egg® "Autumn"



MagiK Egg® "Flower"



MagiK Egg® "Moon"



MagiK Egg® "Ocean"



MagiK Egg® "Rainbow"



MagiK Egg® "River"



MagiK Egg® "Sky"



MagiK Egg® "Spring"



MagiK Egg® "Star"



MagiK Egg® "Summer"



MagiK Egg® "Sunshine"



MagiK Egg® "Winter"



Eggs Time®



Skazka Egg® Frog Princess



Skazka Egg® Gingerbread Man



Skazka Egg® Golden Fish



Skazka Egg® Little Red Riding Hood



Skazka Egg® Pinokio



Skazka Egg® Puss In Boots



Skazka Egg® Riaba The Hen



Skazka Egg® Thumbelina



Happy Egg®
Captain



Happy Egg®
Geek



Happy Egg®
Hani



Happy Egg®
Joy



Happy Egg®
Merry



Happy Egg®
Victory