# EXHIBIT B



Emoji Egg® "Cupcake"



Emoji Egg® "Magic"



Emoji Egg® "Melody"



Emoji Egg® "Neo"



Emoji Egg® "Smiley"



Emoji Egg® "Sunshine"



Emoji Egg® "Twinkie"



King Egg® "Beauty"



King Egg® "Candy"



King Egg® "Cricky"



King Egg ®"Cutie"



King Egg® "Dreamy"



King Egg® "Funny"



King Egg® "Goofy"



King Egg® "Grumpy"



King Egg® "Pooky"



King Egg® "Pretty"



King Egg® "Snoopy"



King Egg® "Sweetie"



Skazka Egg® "At the Pike's Behest"



Happy Toy® "Merry"



King Toy® "Pretty"



MagiK Toy® 12 Designs