# EXHIBIT C



Emoji Egg® "Ace"



Emoji Egg® "Ace"

(new version)



Emoji Egg® "Chief"



Emoji Egg® "Fox"



Emoji Egg® "Fox"

(new version)



Emoji Egg® "Hop"



Emoji Egg® "Hop"

(new version)



Emoji Egg® "Mac"



Emoji Egg® "Mac"

(new version)



Emoji Egg® "Magic"

(new version)



Emoji Egg® "Melody"

(new version)



Emoji Egg® "Neo"

(new version)



Emoji Egg® "Sunshine"

(new version)



Lucky Egg® suite

# Emoji Toy





# Happy Toy®







# King Toy®





# Lucky Toy®





# MagiK Toy®







# Skazka Toy



# Sample Back Sides





