# EXHIBIT D







