# EXHIBIT F

















